### 10221.   HERNDON *v.* THE STATE.

STEPHENS, J. Where a statute provides that it is a misdemeanor for one to "wilfully" ride or drive a horse or mule belonging to another without the owner's consent, an accusation charging one with "unlawfully" driving a mule of another without the owner's consent, and failing to charge that the same was "wilfully" done, sets out no violation of the statute; nor does it charge the commission of any offense whatsoever. The trial judge therefore erred in overruling the motion in arrest of judgment.

*Judgment reversed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED APRIL 12, 1919.

Accusation of misdemeanor; from city court of Jesup—Judge Clark.   November 4, 1918.

*W. W. Bennett,* for plaintiff in error, cited: Penal Code (1910), § 222; *Mathews* v. *State,* 16 *Ga.* 312; *Herring* v. *State,* 114 *Ga.* 96-99.

*W. B. Gibbs, solicitor, J. R. Thomas,* contra, cited: *Badger* v. *State,* 5 *Ga. App.* 477; *Black* v. *State,* 3 *Ga. App.* 297, and citations.